United States District Court
Southern District of Texas
**ENTERED**
October 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLAKE KNISS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-1138 |
| | § | |
| PHOENIX TECHNOLOGY SERVICES USA, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have filed a revised agreed protective order. (Docket Entry No. 15). The order must be revised to include a provision under Rule 502(d) of the Federal Rules of Evidence stating that production in this litigation does not waive attorney-client privilege or work-product protection, a broader protection than the parties have provided.

The parties may file a revised protective order no later than October 30, 2016.

SIGNED on October 20, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge